IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA
LAS VEGAS DIVISION

| | |
|---|---|
| In re | ) Chapter 7 |
| RICHARD ALAN BERK and<br>ROBERTA ELLEN BERK,<br>  Debtor(s) | ) Case No. 2-09-bk-27677 |

**REQUEST OF RECOVERY MANAGEMENT SYSTEMS CORP.
FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)**

   PLEASE TAKE NOTICE that Recovery Management Systems Corporation ("Recovery Management"), as authorized agent for GE Money Bank (PAYPAL PLUS CREDIT [Last four digit of account:3321]), a creditor in the above-captioned chapter 7 case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended, the Bankruptcy Code), that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, on:

>  GE Money Bank
>  c/o Recovery Management Systems Corp.
>  25 SE 2nd Avenue, Suite 1120
>  Miami, FL 33131-1605
>  Attn: Ramesh Singh
>  Telephone: (305) 379-7674
>  Facsimile: (305) 374-8113
>  E-mail: claims@recoverycorp.com

Dated: Miami, Florida
October 2, 2009

                              By: /s/ Ramesh Singh

                              Ramesh Singh
                              c/o Recovery Management Systems Corp.
                              Financial Controller
                              25 SE 2nd Avenue, Suite 1120
                              Miami, FL 33131-1605
                              (305) 379-7674

Assignee Creditor: PAYPAL PLUS CREDIT [Last four digit of account:3321]